IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00528-PAB-BNB | Date: March 29, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| DATAWORKS, LLC, | James Bain |
| Plaintiff(s), | |
| v. | |
| COMMLOG LLC, | J. Mark Smith |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:     1:27 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Plaintiff's motion to compel discovery [Doc. #[50]; filed 3/8/10] is granted in part and denied in part as stated on the record. Defendant supplemental response documents due on or before April 9, 2010.**

Court in Recess:     2:06 p.m.     Hearing concluded.   Total time in Court: 00:33

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.