IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00528-PAB-BNB

DATAWORKS, LLC, a Colorado limited liability company,

Plaintiff,

v.

COMMLOG LLC, an Arizona limited liability company,

Defendant.
_____

# ORDER
_____

This matter arises on the following:

(1) **Plaintiff's Motion to Extend Discovery Cutoff and Deadline to File Dispositive Motions** [Doc. # 67, filed 4/30/2010] (the "Motion for Extension"); and

(2) **Defendant's Motion to Clarify the Schedule** [Doc. # 68, filed 4/30/2010] (the "Motion to Clarify").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

The Motion for Extension [Doc. # 67] and the Motion to Clarify [Doc. # 68] are GRANTED. The case schedule is modified to the following extent:

       Discovery Cut-Off: **August 31, 2010**

       (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

       Dispositive Motions Deadline: **August 31, 2010**

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 18, 2010**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 19, 2010**

Settlement Conference: A settlement conference will be held on **August 30, 2010, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **August 23, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Final Pretrial Conference: The final pretrial conference set for August 30, 2010, at 9:00 a.m., is VACATED and RESET to **October 29, 2010, at 9:00 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **October 22, 2010**.

IT IS FURTHER ORDERED that **no further extensions will be granted.**

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge