IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00528-PAB-BNB

DATAWORKS, LLC, a Colorado limited liability company,

Plaintiff,

v.

COMMLOG LLC, an Arizona limited liability company, and
STEVEN STREIFF,

Defendants
_____

# ORDER
_____

This matter arises on the following:

(1)     Plaintiff's **Motion to Amend Complaint to Add New Defendant Steven Streiff** [Doc. # 78, filed 9/3/2010] (the "Motion to Amend"); and

(2)     Defendant's oral motion for a one day extension of the dispositive motion deadline to September 21, 2010.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that:

(1)     The Motion to Amend [Doc. # 78] is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 78-3]; and

(2)     The dispositive motion deadline is extended to and including **September 21, 2010**.

Dated September 20, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge