IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00528-PAB-BNB | Date: September 20, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| DATAWORKS, LLC, | James Bain |
| Plaintiff(s), | |
| v. | |
| COMMLOG LLC, | J. Mark Smith |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:     3:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiff provided a copy to the Court of COMMLOG LLC's, Profit and Loss statement for January through December 2006 and David A. Weinstein's deposition on August 26, 2010.

**ORDERED:** Motion to amend complaint to add new defendant Steven Streiff [Doc #78; filed 9/3/10] is granted as stated on the record. The Clerk of the Court is directed to accept the second amended complaint for filing.

**ORDERED:** Defendant's second motion to compel discovery [ Doc. #81; filed 9/10/10] is taken under advisement.

Court in Recess: 4:04 pm.     Hearing concluded.     Total time in Court: 00:34

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.