IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00528-PAB-BNB

DATAWORKS, LLC, a Colorado limited liability company,

Plaintiff,

v.

COMMLOG LLC, an Arizona limited liability company, and
STEVEN STREIFF,

Defendants
_____

**ORDER**
_____

This matter arises on the following:

(1)  **Plaintiff's Motion Pursuant to Rule 56(f) To Obtain Additional Discovery [etc.]** [Doc. # 96, filed 10/19/2010] (the "Motion for Discovery"); and

(2)  **Motion to Reschedule Pretrial Order Due Date and Final Pretrial Conference** [Doc. # 98, filed 11/3/2010] (the "Motion to Reschedule").

The parties appeared this morning for a final pretrial conference, at which time I took up these pending motions and made rulings on the record. In summary and for the reasons stated on the record,

IT IS ORDERED that:

(1)  The Motion for Discovery [Doc. # 96] is GRANTED insofar as it was referred to me by the district judge. Discovery is reopened to and including December 17, 2010, solely to allow the depositions of J.B. Bettinger and Ryan Feland to be taken; and

(2)  The Motion to Reschedule [Doc. # 98] is GRANTED. The final pretrial

conference is VACATED and RESET to **February 15, 2011, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed final pretrial order and submit it to the court on or before **February 8, 2011**.

      Dated November 17, 2010.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge