IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  09-cv-00528-WJM-BNB | Date: April 12, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| DATAWORKS, LLC., a Colorado limited liability company, | James W. Bain |
| Plaintiff(s), | |
| v. | |
| COMMLOG LLC., an Arizona limited liability company, | J. Mark Smith |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:   1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion to exclude certain of defendants' witnesses and exhibits [Doc. #123; filed 3/25/11] is granted in part and denied in part for reasons stated on the record.**

Court in Recess:   1:57 p.m.   Hearing concluded.
Total time in Court:   00:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.