IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00528-WJM-BNB

DATAWORKS, LLC, a Colorado limited liability company,

Plaintiff,

v.

COMMLOG LLC, an Arizona limited liability company, and
STEVEN STREIFF,

Defendants

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Exclude Certain of Defendants' Witnesses and Exhibits** [Doc. # 123, filed 3/25/2011] (the "Motion to Exclude"). I held a hearing on the Motion to Exclude on April 12, 2011, and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that the Motion to Exclude is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED with respect to Exhibits A-1, A-2, A-3, and A-5, which are excluded from evidence; and

• DENIED in all other respects.

Dated April 14, 2011.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge