**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No: 09-CV-00528-WJM-BNB

DATAWORKS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

COMMLOG LLC,
an Arizona limited liability company, and

Defendant.

---

### ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE

---

This matter comes before the Court on the parties' Stipulation for Dismissal of Certain Claims (ECF No. 132) filed April 21, 2011. The parties have stipulated to the dismissal of Plaintiff's Third Claim for Relief, for unfair competition under Colorado common law, and Plaintiff's Fourth Claim for Relief, for violation of the Colorado Consumer Protection Act., C.R.S. §6-1-101, et seq. The Court being fully advised hereby ORDERS as follows:

Plaintiff's Third Claim for Relief, for unfair competition under Colorado common law, and Plaintiff's Fourth Claim for Relief, for violation of the Colorado Consumer Protection Act., pursuant to C.R.S. §6-1-101 are DISMISSED WITH PREJUDICE, each party shall pay its own attorney's fees and costs.

Dated this 26th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge